**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 12 2026

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Central_ DIVISION**

**CASE NO.** 4:26-cv-00484-JM

Jury Trial: ☒ Yes ☐ No
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: James Lewis Hopkins
ADC # 185090

Address: P.o. Box 1630 malvern AR

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Moody
and to Magistrate Judge Volpe

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: DR Larry Nguyen

Position: Doctor

Place of employment: North Little Rock

Address: 5220 North shore DRive NLR

Name of defendant: _____

Position: _____

4

Place of employment: _____

Address: _____

Name of defendant: _____, _____ _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☒    official capacity only
☐    personal capacity only
☐    both official and personal capacity

III.   Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✗

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

☐　Court (if federal court, name the district; if state court, name the county):

_____

☐　Docket Number: _____

☐　Name of judge to whom case was assigned: _____

☐　Disposition: (for example: Was the case dismissed?　Was it appealed? Is it still pending?) _____

☐　Approximate date of filing lawsuit: _____

☐　Approximate date of disposition: _____

IV.　Place of present confinement: _____

_____

V.　At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI.　The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.　There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.　Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X__　No _____

B.　Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes **X**    No _____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

"VERIFIED" Complaint for Damages"

1. INTRodution

1) this is a 1983 Action filed By plaintiff James Lewis Hopkins a State prisoner Alledging Violation of his Constitutional Right to Recieve medical Care and Am Seeking Money damages for Crippling plaintiff Pursuant to the American with Disabitities

II Jurisdiction

2) Jurisdiction of this Court is invoked pursuant to 28 U.S.C. 1331 in that this is a Cival action Arsing under the Constitution of the united States

3) Jurisdiction of the Court is Invoked pursuant to 28 1343(a)(3) in That This action seeks To Redress the deprivation, under Color of State Law of Rights

7

ORCL LEGAL USE ONLY

Secured by acts of Congress providing for equal Rights of persons with in the Jurisdiction of the United States.

### III Parties

4) plaintiff James Lewis Hopkins at all times Relevant was Confined by the ARKansas Department of Corrections.

5) Defendant LARRY N'Guyen orthopetic Surgen is a private ARKansas Corporation which has been at all Relevant time under a Contact with ARKansas Department of Corrections to Provide the Best medical Care and services to inmates Confined with ARKANSAS Department of Corrections James Lewis Hopkins

6) Defendant "DR LARRY N'guyen at all Relevant times were acting under Color of State Law and Are being Sued in His individual Capacity

### Factual Statement

7) 2-3 week's before my Surgery" DR LaRRY N'guyen took An CAT SCAN of my Legs which were swelled up Because of Blood Clots. which I was denied adamit medical Care. which is a violation of my 8th Amendment with deliberate Indifference. to my Serious medical needs.

8) On 8/7/25 I was Transfered to 5220 North SHore Drive north Little Rock For my mako Right total Hip ArthoPlastic with RoBot. when I woke up in Recovery I Told DR. LaRRY N'guyen I was Having a Hard time Breathing? DR. LaRRY N'guyen Denied me Oxygen and Released me Back to ARKansas Department of Corrections. were plaintiff was administed oxygen for 7 Days. which was a Violation of my 8th Amendment with deliberate indifference. to my Serious medical needs.

9) On 8-19-25 I was transfered to CHI ST Vincent medical Intensive Care unit in Hot SPRings on CHest xRay was un Remarkable Cta CHest SHowed extensive Bitaterial pulmonary, Emboli

ORCI LEGAL USE ONLY

VEnous Doppler Right Leg SHowed DUT in the Right distal Superficail And popliteal vien Lab significant for hemoglobin 9,9, troporin 947, PH 27.3 Pt/NNR 11.7. which is a Violation of my 8th Amendment Defendant was deliberatly indifferent to Plaintiff's medical needs.

10 After Being admitted into the CHi medical Center 1 Hour AFteR Being these I was Rush into Surgery this is 9 day after Release from DR. Larry Nguyen. Care I was denied Hemophysis which is a Violation of my 8th Amendents with deliberatly indifference negligence or intentional arts of a third Party act of God and a Direct violation of my Constitutional Rights

11) plaintiff was Rushed into Emergence Surgery 9 days after Plaintiff HAD TOTAL HIP Replacment whyill in Surgery Plaintiff was placed on his Back for an extensive Bitaterial Pulmonary emBoli venous Doppler for Blood Clots that was Stored in my Legs Before my Surgery whyill on my Back plaintiff CRied From the Pain after my Surgery, Because of the nerve Damage with is a SeRious Violation of my Rights 8th amendment deliberate indifference to my Serious medical Treatment.

12) plaintiff was Denied Being able to take Anti Corgulants which I Amost Died Because of DR Larry Nguyne, 5220 NoRth SHoRE Drive north Little Rock that all Care was negtigent Defendant treatment was not provided to plaintiff was not appropriate, or Resonable and did not meet the standard of Care Requised, which was a direct Violation of my 8th amendments and any other violations that the Courts fined admissable to my delibeeta indifference.

13) on 8-7-25 when I woke up in Recovery I Relized my wRight Leg was 2" inches SHoRter than my Left Leg which Left me CRippled were DR Larry Nguyen's neglence Has Affected my Life

**ONly Prob Right is Right**

Page 3 of 5

ORC LEGAL USE ONLY

my Life In A dramatic Life CHarging EffecT I'm not Abial to walk no more I Cant sitt for very long with out All my musals Start ache ond hurt So Bad. I Cant lay on my Back know more I Cant Put Know PRessure on my Rght Leg after 8 months of Physical thaeapy I Cant Sit on the toilet with out being in Serious Pain fRom all my muscles Being Bunched About my lower Back to my Left foot "Bodom. which has Left me on the Hospital unit for 8 months now Do to deliberate indiffence to my 8th Amendment Constitutional Rights to Plaintiff's medical needs

14) On 8-7-25 I walked into DR LARRy Nguyen office for my Surgery And when I woke up I was 2 inches SHoRt on my Right Leg Because DR LaRRy Nguyen Replaced my New Hip And Realized that Defendant HAD mADE a Serious mistake And Cut my feamer Bone to SHoRt and After DEFENDANTS StuRed my new HiP Back in He then took a SCRew and manted the SCRew to my Pelvic Bone which makes All my muscles moved up"2 inches and all my musles are Band together And I will Never Beable to walk Right for the Rest of my Life which is a Clear and Deliberate act to Cause HaRm to Plaintiff whyll Violating His Contract with ARKansas Department of Corrections to give Inmate's the Best medical Care for the money He asked foR which is a Violation of His Contract and my 8th Amendments Rights to have exadant Care which Plaintiff did noT get equals deliberate Deliberates.

RELief Requested were fore Plaintiff Request that this CoueT gRanT the following Releef.

A) Declare THAT Defendant DR LARRy Nguyer Violated Plaintiff's Eighth Amendment Rights when they failed to PRotect me from Becoming CRippled And SeRious Life time Complacations

ORCH LEGAL USE ONLY

do to DR LARRY Nguyen neglecT under the EIGHTH Amendment and Any other amendments that the CouRTs fined in Plaintiff favior for my deliberate indifference Claim.

B) Declare that DR LARRY nguyen Defendant Violated my Eighth Amendment to medical Care.

C) DeClaRE that Defendant DR LaRRy Nguyen Denied Plaintiff A medication Hemophysis which by denying this medication is a SeRious Violation of Defendants medical licence which is a Clear Violation of my 8th Amendment with deliberate indifference to missing my Blood Clots in my Right Leg And Any other Violations the Court fineds Defendant violated.

D) Plaintiff is PRAYs __ the Couet to please Review All the evidence And award Compensatory dammages for plaintiff Ending up at Denying Plaintiff Life saving medication that would have keept me out of CHi St VincenT on 8-19-26 intensive Care unit were I HAD A major surgery; extensive BilateRial Pulmonary emBoli Venous Doppler Right Leg sHowed DuT in the Right destal Superficial and Popliteal Vien Lab Significant for hemoglobin. I Recieved IV HepARin 4000 units 5x1 and STarted on heparin DRip for 6 days ECHo was oRDeRed for my HeaRT, which is a Clear Violation of my 8th Amerdant with deliberate indifference So please award Compansatory damages for Plaintiffs. Physical and emotional inlurys and for Being CRippled for the Rest of my Life And Punitive damages against DR LaRRy Nguyen Defendant.

E) GRANT Plaintiff Such other ReilIeF as it may appear Plaintiff is entitled to.

F please AWARD PlAinTiFF 5,000,000,000

VIII.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

AWARD All Compansation that is AUAIlaBle to Plaintiff admit in Defendants wRong doing

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __3__ day of __may__, 20__26__.

*James hewis Hopkins*

_____

Signature(s) of plaintiff(s)

8

James Lewis Hopkins
185.090
P.o. Box 1630
Malvern AR. 72104



United States District Court
600 w. Capital Ave Suite A 149.
Little Rock Arkansas 72.201