**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JAMES LEWIS HOPKINS
ADC #185090                                                                                      PLAINTIFF

v.                                           4:26-cv-00484-JM-JJV

LARRY NGUYEN,
Doctor/Orthopedic Surgeon                                                       DEFENDANT

**ORDER**

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  (Doc. 6.)  No objections have been filed, and the time to do so has passed.  After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his § 1983 inadequate medical care claim against Dr. Larry Nguyen.  Plaintiff's Americans with Disabilities Act claim against Dr. Nguyen is dismissed without prejudice for failing to state a plausible claim for relief.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 8th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

1