**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JAMES LEWIS HOPKINS
ADC #185090                                                                          PLAINTIFF

v.                                          4:26-cv-00484-JJV

LARRY NGUYEN,
Doctor/Orthopedic Surgeon                                                  DEFENDANT

### **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Further, the Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the

corresponding Order would not be taken in good faith.

DATED this 24th day of July 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE